UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIANE MARIE MEIRTHEW,

    Plaintiff,

v.                                Case No. 07-CV-15277

ROBERT AMORE,
City of Wayne Police Officer

    Defendant.
                                          /

**ORDER OF DISMISSAL**

On August 29, 2011, the parties appeared for a settlement conference. During the conference the parties arrived at a mutually agreeable resolution to this matter, the material terms of which were placed on the record and will soon be formalized. Accordingly,

IT IS ORDERED that the above-entitled action is DISMISSED without prejudice. Either party can move to reopen this case by **October 28, 2011,** if settlement is not finalized. **After October 28, 2011,** this dismissal will be with prejudice.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: August 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 30, 2011, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522